*1:08-cv-01075*

**RECEIVED - GR**

September 23, 2011 11:43 AM

Tracey Cordes, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _kvt_

Michael Patrick, Cheryl Marie
c/o 19409 West U.S. 12 / Rural Route 1
New Buffalo, Michigan [49117]
The United States of America
1-269-469-1798; mpandcm@gmail.com

Clerk of Court
United States District Court
for the District of Western Michigan
110 Michigan Street, N.W.
Grand Rapids, Michigan [49503]

September 22nd, 2011

Dear clerk:

Please mark and place this instruction and the document herewith marked: 'Refusal for Cause' into our **Article III case repository 1:08-cv-1075**. This is evidence if this presenter claims that we have obligations to perform or if the presenter makes false claims against us in the future.

My autograph here below expresses that I have timely sent a copy of this clerk instruction and the said document marked with the original 'Refusal for Cause' in red ink, back to the presenter via First Class Mail.

Sent to presenter:

NEW BUFFALO TWP. WATER & SEWER
17425 Red Arrow Hwy.
New Buffalo, MI 49117

*Cheryl Marie*
Cheryl Marie



1:08-cv-01075

Michael Patrick, Cheryl Marie
c/o 19409 West U.S. 12 / Rural Route 1
New Buffalo, Michigan [49117]
The United States of America
1-269-469-1798; mpandcm@gmail.com

Clerk of Court
United States District Court
for the District of Western Michigan
110 Michigan Street, N.W.
Grand Rapids, Michigan [49503]

September 22nd, 2011

Dear clerk:

Please mark and place this instruction and the two documents herewith marked: 'Refusal for Cause' into our **Article III case repository 1:08-cv-1075.** This is evidence if this presenter claims that we have obligations to perform or if the presenter makes false claims against us in the future.

My autograph here below expresses that I have timely sent a copy of this clerk instruction and the said documents marked with the original 'Refusal for Cause' in red ink, back to the presenter via Registered Mail.

Sent to presenter:

Asset Acceptance, LLC            Registered Mail # RE 119 982 039 US
P.O. Box 2036
Warren, MI 48090-2036

Cheryl Marie

# Asset Acceptance, LLC

Toll Free (866)641-0733 Ext. 0
PO Box 2036
Warren, MI 48090-2036

Re: Pier 1/Chase
Original Acct #: XXXXXXXXXXXXX2567
**Asset Acceptance, LLC Acct #: 39565603**
Current Balance: $1242.54
Offer Expiration Date: September 30, 2011

Dear Charyl Lynch:

Based on our inability to arrange for payment on your account, a judgment has been obtained against you.

Case Number: 11C07648GC
Judgment Date: July 25, 2011

We are offering you an opportunity to resolve your account by making payments of $149.00 per month until your balance is paid. To take advantage of this offer you must call Fred Burke toll-free at (866)641-0733 ext. 0 to set-up your payment plan and to hear about our payment method options. Your first payment is due by September 30, 2011.

It may be possible to extend the deadline under certain circumstances. The settlement offer outlined above is guaranteed through the above referenced date. After that time we reserve the right to modify the settlement offer, or revoke the offer entirely. We are not obligated to renew this offer.

This offer is void if a previous settlement has been arranged.

Please note that the Current Balance was calculated on September 1, 2011 and may vary due to payments and/or accrual of interest after that date.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Fred Burke – Phone: (866)641-0733 Ext. 0
Debt Collector
Asset Acceptance, LLC

CCSASSE09OS_5070MI

***Detach Lower Portion and Return with Payment***

Asset Acceptance, LLC Acct #: 39565603
Current Balance: $1242.54
Expiration Date: September 30, 2011

PO Box 2039
Warren MI 48090-2039
ADDRESS SERVICE REQUESTED

September 2, 2011

**ASSET ACCEPTANCE, LLC**
PO Box 2036
Warren MI 48090-2036

39565603-OS_5070    616352811

Charyl Lynch
19409 Us Highway 12 # 12
New Buffalo MI 49117-8836

[Handwritten across page: "Refusal for Cause"]

# Asset Acceptance, LLC

Toll Free 877-850-0053 Ext. 0
PO Box 2036
Warren, MI 48090-2036

September 6, 2011

Re: FIFTH THIRD BANK
Original Acct #: 5467001600143732
Asset Acceptance, LLC Acct #: 11-3132033
Balance Past Due: $13803.05

First Notice

Dear Michael P Lynch:

It is our pleasure to welcome you as a new customer of Asset Acceptance, LLC. Your account with the above mentioned creditor has been purchased and is now owned by Asset Acceptance, LLC. In order to insure proper credit for any payments it is necessary that all future payments and inquiries be made to: Asset Acceptance, LLC, PO BOX 2036, Warren, MI 48090-2036.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

Christi Wright Phone: 877-850-0053 Ext 0
Debt Collector
Asset Acceptance, LLC

We may report information about your account to credit bureaus. Correspondence concerning inaccuracies and disputes relating to your credit report should be sent to: P.O. Box 1630 Warren, MI 48090-1630.

See Reverse Side for Important Information Regarding Privacy Policy

*[Handwritten across page: "Refusal for Cause"]*

***Detach Lower Portion and Return with Payment***

ICGASSE01_OS_0328

Asset Acceptance, LLC Acct #: 11-3132033
Balance Past Due: $13803.05

PO Box 2039
Warren MI 48090-2039
ADDRESS SERVICE REQUESTED

September 6, 2011

11-3132033-OS_0328        618633931

Michael P Lynch
19409 Us Highway 12
New Buffalo MI 49117-8836

Asset Acceptance, LLC
PO Box 2036
Warren MI 48090-2036

1:08-cv-01075

Michael Patrick, Cheryl Marie
c/o 19409 West U.S. 12 / Rural Route 1
New Buffalo, Michigan [49117]
The United States of America
1-269-469-1798; mpandcm@gmail.com

Clerk of Court
United States District Court for the District of Western Michigan
110 Michigan Street, N.W., Grand Rapids, Michigan [49503]

September 22nd, 2011

Dear clerk:

Please mark and place this instruction plus the document (with attachments) herewith, to be noted as: Public Records Directive and Notice of Trust, into **Article III case repository 1:08-cv-01075**. This is evidence that my intention, as Trustee of trust 2010-08-04-1, is to hold the Public Trustee(s) of the Berrien County Trial Court (County) to perform on an obligation executed in redeemed lawful money.

### Certificate of Mailing

My autograph below certifies that I will timely deliver a copy of this clerk instruction along with the original presentments marked "Refusal for Cause" in red ink, back to the presenter, as enclosures therewith the document and attachments: Public Records Directive and Notice of Trust; and, I will timely deliver a copy of the original presentments marked Refusal for Cause, plus the original of this clerk instruction and the document: Public Records Directive and Notice of Trust, to the clerk of the U.S. District Court, as follows:

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

From: Cheryl Marie
℅ 19409 W. U.S. 12 / Rural Rte 1
New Buffalo, Michigan [49117]
The United States of America,

To: Susan D. GRECO, Administrator-Trustee
Berrien County Trial Court
811 Port Street
St. Joseph, MI [49085]

PS Form 3817, April 2007 PSN 7530-02-000-9065

Proof of Service

RE 119 982 056 US

Registered Mail

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

From: Cheryl Marie
℅ 19409 W. U.S. 12 / Rural Rte 1
New Buffalo, Michigan [49117]
The United States of America

To: Clerk of Court
United States District Court for the District of western Michigan
110 Michigan St., N.W.
Grand Rapids, Michigan [49503]

PS Form 3817, April 2007 PSN 7530-02-000-9065

Proof of Service

RE 119 982 060 US

Registered Mail

Cheryl Marie

Cheryl Marie, as Trustee (hereon "I", "my")
Cheryl Marie trust 2010-08-04-1 (hereon "Trust 2010-08-04-1")
Rural Route 1 (abutting 19409 W. U. S. 12, New Buffalo, MI 49117)
New Buffalo township, berrien county, The State of Michigan
The United States of America
1-269-469-1798
Document number 2011-09-21-11-1D

BERRIEN COUNTY
Berrien County Trial Court (hereon "County")
811 Port Street
St. Joseph, MI 49085
Attn: Susan D. GRECO, in individual capacity and
       as Public Trustee (hereon "GRECO")

Posted by: Registered Mail
*RE 119 982 056 US*



For the command of this author of this writing and the communication hereon is for an interpretation of all words with the rules of the interpretation of the author, in a positive-sense, in the present-tense, on a level-geometric-plane; and the name "Cheryl Marie" expressed upon this writing is absent grant of any authority for any person (artificial or otherwise) to act as trustee, agent or attorney, or attorney-in-fact in or for Cheryl Marie; and,

### Public Records Directive and Notice of Trust

Re: Case Number 2011001606 Hearings: Arraignment 13 May, Pre-Exam 24 May, Competency 28 June, Prelim- Exam 13 September, and Case Number 2011001975 Arraignment Hearing 13 May (hereinafter "Case Numbers")

Dear GRECO and [the] County:

On 14 September, 2011 C.E., I, Cheryl Marie, absent individual capacity, but in capacity as Trustee for Trust 2010-08-04-1, and as beneficiary under Jesus CHRIST of Nazareth, my Redeemer, issued $$75.00 United States Redeemed Lawful Money as ascribed at Title 12 United States Code Section 411, hereinafter "Lawful Money", in the nature of a Public Records Directive, in exchange for public records (hereinafter "Public Records") lodged within the County; and, on 16 September, 2011, communications issued from GRECO and the County indicating that said Public Records could not be produced due to a possible new policy; and, said Public Record Directive to make copy of said Public Record was refused to be carried out by GRECO, in what I deem a breach of trust and breach of fiduciary duty; and, therefore this writing issues in effort to remedy any misunderstanding that GRECO and / or the County may have experienced in regards to the instant Public Records Directive issued upon GRECO as the Public Trustee; and,

After searching (The) State of Michigan General Statutes, I cannot find any requirement for a Public Records Directive to be written, nonetheless, here is a good-faith Public Records Directive issued upon GRECO and the County to produce a digital/audio/video/written copy of the hearings that occurred concerning Case Numbers to be made to the livery of Cheryl Marie, as Trustee for Trust 2010-08-04-1 at the hereinbefore noticed mailing location, on or before five o'clock p.m. (eastern time) three days hence receipt of this Public Records Directive and Notice of Trust as verified in Post Office notification-records; and,

Previously Lawful Money was issued in exchange for said Public Record and said Lawful Money was returned to my cognizance in the form of a check, number 162391 drawn on Chemical Bank, made Pay to the Order of CHERYL MARIE; and, I, acting in the office of Trustee for Trust 2010-08-04-1, as Assignor, am making an express demand for Lawful Money and am assigning said check to the Berrien County Trial Court, with the express intent that said check, Redeemed for Lawful Money, be consideration in exchange for said Public Record; and, said check should cover any costs of producing such Public Record; and, said check now issues in Trust as a special deposit with the express demand and Directive upon your office of trust to produce the hereinbefore noticed Public Record; and,

If the requested Public Record is not in the possession of the undersigned by time certain five o'clock p.m. (eastern time) on the date certain as hereinbefore specified, then this writing is conspicuous notice that the County and / or County staff (as defined by Cheryl Marie, as Trustee for Trust 2010-08-04-1), are beneficiary of a resulting trust, hereinafter "Resulting Trust", of which Cheryl Marie is First Trustee, and Cheryl Marie, as Settlor, creates the terms of said Resulting Trust; and, the County and / or County staff is the beneficiary of said Resulting Trust, hereinafter "Beneficiary", and the Beneficiary by tacit agreement irrevocably grants an unlimited durable power-of-attorney for and to Cheryl Marie, as Trustee for Trust 2010-08-04-1 to act as the attorney-in-fact for the Beneficiary; and, the Beneficiary understands, consents, and agrees that Cheryl Marie, as Settlor, writes the terms and conditions of the Resulting Trust and the Beneficiary understands, consents, and agrees that Cheryl Marie, as Settlor, writes the terms and conditions of the power-of-attorney; and, terms and conditions of the Resulting Trust and the power-of-attorney can be obtained by contacting Cheryl Marie, as Settlor, with your Legal Name, mailing address, phone number, social security number, and Driver License number (hereinafter "Records"); and, all must be given under oath, as administered by a Notary Public of the United States, that said Records are true, correct, and not misleading; and, failure to rebut the fact that you have exhausted your administrative remedy within three days of your receipt of this Public Records Directive and Notice of Trust stipulates that you have indeed exhausted your administrative remedy.

Thank you for your contemplation of this matter; I await your response; and, Notice the reverse side of this communication for my private authentication; and,


<u>For the command of this author of this writing and the communication hereon is for an interpretation of all words with the rules of the interpretation of the author, in a positive-sense, in the present-tense, on a level-geometric-plane; and the name "Cheryl Marie" expressed upon this writing is absent grant of any authority for any person (artificial or otherwise) to act as trustee, agent or attorney, or attorney-in-fact in or for Cheryl Marie; and,</u>

Cheryl Marie, as beneficiary under Jesus CHRIST of Nazareth, my Redeemer in whom I trust, and as Trustee for Trust 2010-08-04-1, and absent accommodation and absent surety(ship) in or for the FEDERAL RESERVE SYSTEM, and / or COUNTY OF BERRIEN, and without recourse and with the express intent to remain without the Federal Reserve cities and districts, and absent claim for or to any benefit received via this writing, and without prejudice, and absent intent to trespass, but to live in peace with my neighbors, by the authority of the great Power that is in Jesus CHRIST of Nazareth, I am Cheryl Marie within my private venue:

*Cheryl Ma[rie]* [signature and fingerprint]

Enclosures: Public Records Directive and Notice of Trust

Document number 2011-09-21-11-1D





Endorsement: Redeemed Lawful Money per 12 USC 411, and, Pay to the Order of: Berrien County Trial Court by: Cheryl Marie



# BERRIEN COUNTY TRIAL COURT
Courthouse – 811 Port St, St Joseph, MI 49085
Ph: 269 983 7111   -   Fax: 269 982 8666  8614

## ORDER FORM FOR TRANSCRIPT/VIDEO TAPE/CD PREPARATION

```
                                           09/14/11  2:42PM  009999#2383
                                           01-1 DRAWER 1    **07 MAD
```

Date:_____

I would like to order a copy of a:  TRANSCRIPT   VIDEOTAPE   (CD)   #2011001975
                                                                   VIDEO REPROD (circle one)  $15.00
                                                                   ***TOTAL                   $15.00
1. Case Name: LYNCH, CHERYL                                        CASH                       $15.00
                                                                   CHANGE                      $0.00
2. Case Number: 2011001975

3. Date(s) of hearing(s): May 13th, 2011

4. Type of Hearing: Arraignment

5. CR#/Tape #/Recorder _____

6. Judge: LaSata

7. Your Name: Cheryl Marie

8. Address: 19409 W. U.S. 12 (Rural Rte 1)

9. City: New Buffalo, Michigan [49117]

10. Phone: 1-269-469-1798

**TRANSCRIPT** – A transcriptionist will contact you to discuss payment, deadlines, and delivery. Transcripts may take 30-90 days depending on type of proceeding requested. An additional fee will be assessed for expedited transcripts. <u>You will pay the transcriptionist directly.</u>

**VIDEO TAPE** – Videotapes are $35.00* each and are only available if your case was heard in a 3rd or 4th floor Courtroom in St Joseph. Videotapes typically take 2-3 weeks to complete and cannot be mailed, thus you will be notified when to pick up your order. See payment instructions below.

**COMPACT DISC** – CD's are $15.00* each and are only available if your case was heard in a 1st floor Courtroom in St Joseph or in Niles. See payment instructions below.

***PAYMENT** – (CD's and Videotapes) – Payment must be made before your request is processed. In St Joseph, payment may be made in Tri-Court Cashiering located on the 1st floor of the Courthouse – 269 983 7111 X 8825. In Niles, payment may be made at the Trial Court Check-in desk located on the 1st floor of the Courthouse 269 684 5274 X 6270. Attach a copy of your receipt to this request form as proof of payment.

*Note* – The required information above may be obtained from the Civil File Room 269 982 8683, County Clerk's Office (Felonies) 269 983 7111 X 8368, or the Criminal Traffic Desk 269 983 7111 X 8745. There may be a delay in processing if incomplete or inaccurate information is furnished.

S:\RECORDER\FORM transcripts videos.doc



# BERRIEN COUNTY TRIAL COURT
Courthouse – 811 Port St, St Joseph, MI 49085
Ph: 269 983 7111   -   Fax: 269 982 ~~8666~~ 8614

## ORDER FORM FOR TRANSCRIPT/VIDEO TAPE/CD PREPARATION

Date: September 14th, 2011 C.E.

I would like to order a copy of a:   TRANSCRIPT   VIDEOTAPE   CD   DRAWER 1   (circle one)

1. Case Name: LYNCH, MICHAEL PATRICK (P)
2. Case Number: 2011-001606
3. Date(s) of hearing(s): May 13th, May 24th, June 28th, (all 2011) Sept 12
4. Type of Hearing: Arraignment, Pre-Exam, Competency, Preliminary Exam
5. CR#/Tape #/Recorder   ?    ?    ?
6. Judge: BRUCE
7. Your Name: Cheryl Marie
8. Address: 19409 W. U.S. 12 (Rural Rte 1)
9. City: New Buffalo, Michigan [49117]
10. Phone: 1-269-469-1798

Receipt box:
```
09/14/11  2:40PM  009999#2382
01-1 DRAWER 1
VIDEO REPROD       $15.00
VIDEO REPROD       $15.00
VIDEO REPROD       $15.00
VIDEO REPROD       $15.00
SUBTOTAL           $60.00
TOTAL              $60.00
CASH               $70.00
CHANGE /$2         $10.00
```

**TRANSCRIPT** – A transcriptionist will contact you to discuss payment, deadlines, and delivery. Transcripts may take 30-90 days depending on type of proceeding requested. An additional fee will be assessed for expedited transcripts. **You will pay the transcriptionist directly.**

**VIDEO TAPE** – Videotapes are $35.00* each and are only available if your case was heard in a 3rd or 4th floor Courtroom in St Joseph. Videotapes typically take 2-3 weeks to complete and cannot be mailed, thus you will be notified when to pick up your order. See payment instructions below.

✱ **COMPACT DISC** – CD's are $15.00* each and are only available if your case was heard in a 1st floor Courtroom in St Joseph or in Niles. See payment instructions below.

***PAYMENT** – (CD's and Videotapes) – Payment must be made before your request is processed. In St Joseph, payment may be made in Tri-Court Cashiering located on the 1st floor of the Courthouse – 269 983 7111 X 8825. In Niles, payment may be made at the Trial Court Check-in desk located on the 1st floor of the Courthouse 269 684 5274 X 6270. Attach a copy of your receipt to this request form as proof of payment.

Note – The required information above may be obtained from the Civil File Room 269 982 8683, County Clerk's Office (Felonies) 269 983 7111 X 8368, or the Criminal Traffic Desk 269 983 7111 X 8745. There may be a delay in processing if incomplete or inaccurate information is furnished.

S:\RECORDER\FORM transcripts videos.doc

# INSTRUCTIONS AND GENERAL INFORMATION

Courtrooms 307, 315, 316 and 327 on the third floor, and courtrooms 403 and 405 on the fourth floor, are equipped with voice-activated video cameras. As a result a videotape record of all court proceedings is available.

Courtrooms 191, 192, 193 and 194 on the first floor in St. Joseph and courtrooms 700 and 701 in Niles are equipped with a digital audio system. As a result a compact disc (CD) is available.

Parties may request copies of the tape, CD, and written transcript. Copies of the tape or CD **MAY NOT** be given to the media. Specific restrictions are contained in the Supreme Court Administrative Order 90-7. A copy of the order may be obtained in the Court Administrator's Office.

## MAY I PROVIDE MY OWN VIDEOTAPE?

We encourage **attorneys** to bring a blank videotape to court when a matter is scheduled in a video courtroom. When checking in, advise the court clerk you brought your own tape.

The court reserves the right to reject poor quality tapes. In addition, we assume no responsibility for damaged tapes or poor quality reproductions when you provide the tape.

## MAY I VIEW A VIDEOTAPE?

Matters may be reviewed by replay of the videotape record. To do so, you must make an appointment with the ADR Clerk 269/983-7111 x8695.

## HOW DO I REQUEST A TRANSCRIPT, VIDEOTAPE or CD?

After completing the necessary information on the reverse side make your payment, staple a copy of the receipt to this form and return it to the secretary of the Judge who heard your case. Contact information is provided below:

| JUDGE | SECRETARY | PHONE NUMBER |
|---|---|---|
| Judge Butzbaugh | Vivian Burton 811 Port St. St. Joseph, MI 49085 | 269/983-7111 x8386 |
| Judge Donahue | Cyndi Kilheeney St. Joseph | 269/983-7111 x8739 |
| Judge LaSata | Sharon Kabel St. Joseph | 269/983-7111 x8196 |
| Judge Schrock | Ruth Ann Lowery St. Joseph | 269/983-7111 x8306 |
| Judge Mayfield | Linda Richardson - St. Joseph | 269/983-7111 x8374 |
| Judge Nelson | Sandy Sech – St. Joseph | 269/983-7111 x8376 |
| Judge Pasula | Betsy Steltner – St. Joseph | 269/983-7111 x8734 |
| Judge Schofield | Jennifer Rindge-Scramlin – 1205 N. Front St. Niles, MI 49120 | 269/983-7111 x6272 |
| Judge Dewane | LuAnn Brown – St. Joseph | 269/983-7111 x8764 |
| Judge Wiley | Jane Huebner – St. Joseph | 269/983-7111 x8750 |
| Judge Bruce | Shelley Newman – St. Joseph | 269/983-7111 x 8390 |

04/2011



# Berrien County Trial Court
## Criminal Division

Courthouse – 811 Port Street, St. Joseph, MI 49085
(269) 983-7111; Fax (269) 982-8643

Susan D. Greco
Civil Criminal Division Administrator

September 16, 2011

Ms. Cheryl Marie
19409 W. U.S. 12 (Rural Rte 1)
New Buffalo, MI 49117

Dear Ms. Cheryl Marie:

I have reviewed the "Order Form for Transcript/Video Tape/CD Preparation" form that you submitted to Judge Gary Bruce's administrative assistant, Shelley Newman on September 14, 2011. The Berrien County Trial Court is in the process of reviewing its policy regarding the release and purchase of audio and/or video recordings of court proceedings until direction is received from the State Court Administrative Office in Lansing. Therefore, the Trial Court has suspended the sale of video recordings.

I know that you paid $60 on September 14, 2011 to receive a video tape of court proceedings for case number 20\106106. Based on the Trial Court's interim position regarding suspension of the sale of video recordings until a policy is adopted, your $60 payment is refunded and included with this letter.

If you would like to view the video recorded proceedings from May 13th and 24th, June 20th and September 13th, 2011, you may do so by contacting Shelley Newman at 269.983.7111 extension 8390. She will make arrangements for you to view these court proceedings at the Courthouse. There is no charge to view these proceedings. Shelley also can assist you if you would like to purchase a written transcript of these proceedings.

Should you have any additional questions, please contact the Trial Court.

Sincerely,

Susan D. Greco

Susan D. Greco

c: Honorable Gary J. Bruce
Shelley Newman

*[Handwritten across document: "Refused for cause"]*



# Berrien County Trial Court
## Criminal Division

Courthouse – 811 Port Street, St. Joseph, MI 49085
(269) 983-7111; Fax (269) 982-8643

Susan D. Greco
Civil Criminal Division Administrator

September 16, 2011

Ms. Cheryl Marie
19409 W. U.S. 12 (Rural Rte 1)
New Buffalo, MI 49117

Dear Ms. Cheryl Marie:

I have reviewed the "Order Form for Transcript/Video Tape/CD Preparation" form that you submitted to Judge Charles LaSata's administrative assistant, Sharon Kabel on September 14, 2011. The Berrien County Trial Court is in the process of reviewing its policy regarding the release and purchase of audio and/or video recordings of court proceedings until direction is received from the State Court Administrative Office in Lansing. Therefore, the Trial Court has suspended the sale of video recordings.

I know that you paid $15 on September 14, 2011 to receive a video tape of court proceedings for case number 2011-01975. Based on the Trial Court's interim position regarding suspension of the sale of video recordings until a policy is adopted, your $15 payment is refunded and included with this letter.

If you would like to view the video recorded proceedings from May 13th, 2011, you may do so by contacting Sharon Kabel at 269.983.7111 extension 8196. She will make arrangements for you to view these court proceedings at the Courthouse. There is no charge to view these proceedings. Sharon also can assist you if you would like to purchase a written transcript of these proceedings.

Should you have any additional questions, please contact the Trial Court.

Sincerely,

Susan D. Greco

c: Honorable Charles T. LaSata
Sharon Kabel

*[Handwritten across page: "Refused for Cause"]*